Original
PACI
L. Guerra
REVISED DATE: 09/2001

**FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.**

RECEIVED
ASHEVILLE, N.C.
AUG 2 3 2002
Clerk, U. S. Dist. Court
W. Dist of N. C.

UNITED STATES DISTRICT COURT
~~MIDDLE~~ DISTRICT OF NORTH CAROLINA
~~Western~~ WESTERN DIVISION

NO. _1:02CV195-MU-1_
(leave this space blank)

FILED
ASHEVILLE, N.C.
AUG 2 3 2002
U.S. DISTRICT COURT
W. DIST. OF N.C.

Millis S. Bryson

(enter full names of each plaintiff(s))

v.

Inmate Number **0054080**

Sue Medford, Dr. James Turpin, Utilization Board, N.C. Dept. of Correction Board Director;

(enter full names of each defendant(s))

**********************************************************************

I.  **HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )  NO (✓)**

If your answer is YES, describe the former lawsuit in the space provided below:

N/A

II.  **DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES (✓)  NO ( )**

If your answer is YES:

1. What steps did you take? Appealed to the Resolution Board

2. What was the result? (Attach copies of grievances or other supporting documentation.)

No favorable Consideration given,

AUG ? 2002

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

✓ I have exhausted by administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III. **PARTIES:**

In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff : _____

Name of Present Confinement _Marion Correctional Inst._

Address of Present Confinement _P.O. Box 2405, Marion, NC. 28752_

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant _Sue Medford_

Position _Nurse Supervisor_

Employed at _Marion Corr. Inst._

Address _P.O. Box 2405, Marion, N.C. 28752_

Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant _James Turpin_

Position _Doctor_

Employed at _Marion Corr. Inst._

Address _P.O. Box 2405, Marion, N.C. 28752_

Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

D. Defendant  Utilization Board
   Position  Controls And determines Spending
   Employed at  N.C. Dept of Correction
   Address  831 West Morgan St. Raleigh, NC. 27699
   Capacity in which being sued: Individual ( ✓ ) Official ( ) Both ( )

E. Defendant  N.C. Dept. of Correction Board of Director
   Position  Director
   Employed at  N.C. Dept. of Correction
   Address  831 West Morgan St, Raleigh, NC. 27699
   Capacity in which being sued: Individual ( ✓ ) Official ( ) Both ( )

F. Defendant  _____
   Position  _____
   Employed at  _____
   Address  _____
   Capacity in which being sued: Individual ( ) Official ( ) Both ( )

## IV. STATEMENT OF CLAIM

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

That 2-1-02 Plaintiff filed a grievance concerning a skin rash on the face area, that had been previously looked at in August of 2001, by the doctor and Medical Staff at Marion Correctional Institution, Doctor James Turpin.
Plaintiff has made numbers of request to sue Medford and the Medical Staff Concerning this problem to No avail.
That on May 7, 2002 the Utilization Board denied the request for Dermatology citing the budget.

## Jurisdiction

1. The Court has Jurisdiction over Plaintiff's claims under 42 U.S.C. §§ 1331(a) and 1343. Plaintiff also invokes the pendent Jurisdiction of this Court, 28 U.S.C.A. § 1367.

2. Plaintiff also wishes to put the Court on Notice that retaliatory action may be taken against the Plaintiff for asserting his Constitutional Rights. This may come in the form of being transferred, Disciplinary action or Physical Contact.

3. all defendants have acted under Color of State law at all times relevant to this Complaint

4. That the defendants have been deliberate indifferent, because of the wanton, careless, reckless, malicious and oppressive character displayed in the facts complained of.

5. Plaintiff has suffered sleepless nights, Anxiety

## V.     RELIEF SOUGHT BY PRISONER

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

Wherefore, Plaintiff request the Court to grant the following relief:

A. Declaratory Judgment that defendants have denied Serious Medical Treatment and violated Plaintiff's 8th amendment rights.

B. Issue a Mandatory Injunction ordering defendants and their agents to get the needed Treatment necessary, to resolve Plaintiff's Medical problem and to refrain from this type of Character in the future.

Signed this _31_ day of __July__ , 200_2_ .

✓ _Millie S. Bryson_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

**I declare under penalty of perjury that the foregoing is true and correct.**

_7-31-02_
Date

✓ _Millie S. Bryson_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

Page 1 Attachment of the complaint
pain, itching and futher discomfort by medication
prescribed by defendant Turpin on 1-7-02.

6. Plaintiff further contends that one of the medi-
ication prescribed by defendant Turpin, was the
wrong medication for his condition and only
made it worse, that being the fungal cream.

7. That as a direct result of the defendant denial
of need medical treatment for plaintiff, he has
been unable to exercise properly, because of the
sun hurts his tender face.

8. That Plaintiff is enclosing pictures and other
exhibits as to facts concerning his medical
condition that Plaintiff beleives he has
stated a chain, upon which relief can and
should be granted.

Respectfully Submitted

s/ _Miller E. Bryan_

Relief Continued

C. Award Compensatory damages in the following amounts:

    1. $ 250,000, against defendant Medford, in Satisfaction and recompense for pain and Suffering;

    2. $ 250,000, against defendant Turpin, in satisfaction and recompense for pain and Suffering

    3. $ 250,000, against the "utilization Board, in Satisfaction and recompense for pain and Suffering.

    4. $ 250,000, against the N.C. Dept. of Correction Board Director, in Satisfaction and recompense for Pain and Suffering;

D. Award Punitive damages in the following amounts:

    1. $ 250,000, jointly and Severally against all defendants, for the Wanton, reckless and Malicious Callous disregard from their deliberate indifference to the Plaintiffs Serious Medical Needs.

E. Plaintiff also demands a Trial by Jury; And for Such other and further relief as the Court deems Just and proper.

Respectfully Submitted,

s/ _Willie S. Ferguson_





Close up
of the middle man.

## KETOCONAZOLE 2% CRE

NOTE: The following information is intended to supplement, not substitute for, the expertise and judgment of your physician, pharmacist or other healthcare professional. It should not be construed to indicate that the use of the drug is safe, appropriate, or effective for you. Consult your healthcare professional before taking this drug.

USES: This medication is used to treat a fungal skin infection.

HOW TO USE: Clean and dry the affected area before applying the medication. To apply, gently massage a small amount of the medication to the affected area and surrounding skin. Continue to use the medication as prescribed for the full time prescribed. Stopping therapy too early may not clear the infection causing it to return. Cover with a bandage only if instructed to do so by your doctor. It may take one week before any improvement is seen. If no improvement is seen after 2 - 4 weeks, consult your doctor. Another medication may be necessary.

SIDE EFFECTS: This medication may cause burning, stinging or redness when first applied     skin. This should disappear in a few days as your body adjusts to the medication. If these effects persist or      inform your doctor. If you notice other effects not listed above, contact your doctor or pharmacist.

---

**DOP PHARMACY SERVICES**
NC DOC CENTRAL PHARMACY
2211 SCHIEFFELIN ROAD          APEX, NC 27502
OrigDate: 08/22/01     TURPIN, JAMES M.
Rx: A1124875          MARI MCI    HU4W-  162
BRYSON, MILLS S        0054080  01/07/02
APPLY THREE TIMES DAILY FOR SIX (6)
MONTHS (FOR EXTERNAL USE ONLY)

**60  GM KETOCONAZOLE 2% CRE**
Mfg: TEVA USA                 Discard Date: 01/07/03
Disp. For:
Disp. By: B.C.CHAFFIOTTE Doses/R 5640 GM Refill Until: 02/22/02

**DOP PHARMACY SERVICES**
NC DOC CENTRAL PHARMACY
2211 SCHIEFFELIN ROAD     APEX, NC 27502
OrigDate: 09/13/01     TURPIN, JAMES M.
Rx: A1142057          MARI MCI    FU1W- 011
BRYSON, MILLS S        0054080  11/13/01
USE TWICE A WEEK FOR 3 MONTHS

**120  ML NIZORAL 2% SHA**
Mfg: JANSSEN PHARM        Discard Date: 11/13/02
Disp. For:
Disp. By: B.C. CHAFFIOTTE Doses/R 0    ML Refill Until: 12/13/01

**DOP PHARMACY SERVICES**
NC DOC CENTRAL PHARMACY
2211 SCHIEFFELIN ROAD     APEX, NC 27502
OrigDate: 12/13/01     JAGUST, MARTON
Rx: A1213174          MARI MCI    HU4S- 022
BRYSON, MILLS S        0054080  02/04/02
TAKE ONE (1) TABLET BY MOUTH DAILY
FOR THREE (3) MONTHS.

**30  EA KETOCONAZOLE 200MG TAB**
Mfg: UNITED RES LABS        Discard Date: 02/04/03
Disp. For:
Disp. By: B.C. CHAFFIOTTE Doses/R 0    EA Refill Until: 03/13/02

**DOP PHARMACY SERVICES**
NC DOC CENTRAL PHARMACY
2211 SCHIEFFELIN ROAD          APEX, NC 27502
OrigDate: 06/18/02     JAGUST, MARTON
Rx: A1355935          MARI MCI    EU3B- 002
BRYSON, MILLS S        0054080  06/18/02
APPLY TWICE DAILY THINLY FOR THREE
(3) MONTHS (FOR EXTERNAL USE ONLY)

**15  GM CLOTRIMAZOLE/BETAMET CRE**
Mfg: FOUGERA & CO.          Discard Date: 06/18/03
Disp. For: LOTRISONE
Disp. By: B.C.CHAFFIOTTE Doses/R 1485 GM Refill Until: 09/18/02

4-13-02

Mr. Theadis Beck
Secretary of Correction
831 West Morgan Street, 4260 MSC
Raleigh, N.C. 27699-4260


## Denied Medical Treatment


Mr. Theadis Beck,

    I come to you in this letter to inform you that I am being denied proper medical treatment, to treat an infection on my face, thats discoloring my skin and eating the hair off my face. A Dr. August here at Physical Correctional put in a referral to the Utilization Review Board - ("that came back rejected") - so I could see a dermatologist to get proper medical treatment since he didn't know the "Correct" treatment for it. Mr. Beck, I am waking up in the middle of the night sweating, worried, and stress out over being denied the proper medical treatment.


cc

Steve Bailey
Western Region Office
613 Harper Ave. SW Suite B
Lenoir, N.C. 28645

Thank you
Willis
S.
Lipson.

# INMATE REQUEST FOR ASSISTANCE

Inmate Name _Mill's S. Bryson_ Inmate Signature _Mills S. Bryson._

Opus # _0054080_ Date _4-12-02_ Unit (D E F (H) MSU)

- Check the appropriate location that your request is to be forwarded. Be specific in your request and complete all blanks. Allow ample time for your request to be answered.

Unit Manager _____ Asst. Unit Mgr. _____ Case Mgr. _____

Other _Head nurse Sue Medford_
     Specify

I request the following information: _Can you check and see if the referral that Dr. dagust sent to the Utilization Review Board for me to see an dermatogist, has been approved or disapprove._

_Thank you Mills S. Bryson_

Unit Screening Officer _____

Forward To: _____

Response: _UR was put in 12-14-01, pended for further questions 12-19-01 and request denied - Guidelines were not met. The request was reentered on 4-19-02 and pended on 4-19-02. This last request has not been denied yet. UR has many requests and are turning down a lot of them_

_Sue Midford RN_                    _4-22-02_
Signature                           Date

·Revised 05/01/01

_As soon as the 4-19-02 clears I will let you know if it is approved or denied_
_SM_

# Request form

ate Name _Millis S. Bryson_  Inmate Signature _Millis S. Bryson_

is # _0054080_  Date _5-27-02_  Unit (D E F (H) MSU)

Check the appropriate location that your request is to be forwarded. Be specific in your request and complete all blanks. Allow ample time for your request to be answered.

Unit Manager _____  Asst. Unit Mgr. _____  Case Mgr. _____

Other _Ms. Sue Medford_____
　　　　　　Specify

request the following information: _Could you tell me if I been approved or disapproved to go see an dermatologist by the Utilization Review Board. And if I have been disapproved to get treatment again — Do you think its because the budget?_

Unit Screening Officer _____

Forward To: _____

Response: _Mr Bryson # 0054080. Your appt. for Dermatology has been Denied on 5-7-02. The Comment was Guidelines not met. Yes, its the State budget, anything that is not absolutely necessary to life and limb its being denied, I'm truly sorry but thats the way it is._
_S. Medford RN_　　　_6-5-02_
Signature　　　　　　　Date

Revised 05/21/01

P. 5.

DC-410 (8/89)



# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: _Willis S. Bryson_  2. Inmate No.: _0054080_

3. Location: _MARION Correctional_  4. Date: _2-1-02_

5. Grievance Statement: _I seen the docter here at MARION Correctional in December last year, and he told me that he put in a referral to Raleigh, to recommend I see a skin docter to find out what happening to me since he doesn't know either. He said it would take about 4 weeks for them to get me to a skin docter, Its been over 4 weeks and I haven't hurd nothing. My medical condition is still getting worse and worse, and the medication is not working or helping at All, for it looks like its helping to make it worse._

6. What remedy would resolve your grievance?: _To get me to a skin docter like they told me they would, so I can get the right kind of medical treatment to cure me._

7. Inmate Signature: _Willis S. Bryson._

---

### OFFICIAL USE

8. Date received: _02 01 02_  9. _Sgt Gary Kymer_
   Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: __/__/__  12. _____
   Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

| | | |
|---|---|---|
| A. State or Federal Court Decision | B. Parole Commission Decision | C. Appeals disciplinary action |
| D. Action not yet taken | E. Exceeds 1 year time limit | F. Remedy for another inmate |
| G. More than one incident | H. ARP procedures not followed | I. Violates Disciplinary No. 38 |
| J. Beyond control of DOC | | |

If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

15. Date rejected: __/__/__  16. _____
   Screening Officer Signature

17. Date accepted: _2 04 02_  18. _____
   Screening Officer Signature

19. Grievance No.

_3730-02-4024_

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition, Blue for Unit record; Green to inmate.

Case 1:02-cv-00195-GCM   Document 1   Filed 08/23/02   Page 13 of 24

DC-410A (8/89)



# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Unit Response

20. Grievance No.: **H-3730-02-4024**          21. Inmate Name: **Millis Bryson**

22. Inmate No.: **0054080**

23. Grievance Response **(Item #25 to be completed within 15 calendar days of date in item #17):**

Inmate Bryson, in response to your complaint, Judy Wise, Lead Nurse stated on 12/14/01
Dr. Jagust ordered a Dermatology referral, a request for this consult has been submitted. It will be
considered by Utilization Review and if when approved you will be scheduled for an appointment.

No further action recommended

**Angela Twitty, Unit Manager**

24. Date : _2-07-02_          25. _____
                                        Superintendent Signature

26. (A)____ Agree with grievance response          (B)_✓_ Appeal to Step Two **(24-hour limit)**

27. Date: _2-04-02_          28. _____
                                        Inmate Signature

## Step Two - Area/Complex/Institution Response

29. Step two response **(Item #31 to be completed within 20 calendar days of date in item #27):**

Your grievance has been properly responded to in Item #23 by H Unit Staff.

No further action recommended.

30. Date : _February 27, 2002   Keith Osteen_          31. _____
                                                                 Administrator Signature

32. (A)____ Agree with grievance response          (B)_✓_ Appeal to Secretary, DOC **(24-hour limit)**

33. Date: _____          34. _____
                                                                 Inmate Signature

DISTRIBUTION: White to point of final disposition; Yellow to Area if appealed; Blue for Unit Record; Green to Inmate

DC-410B (10/96)



# NORTH CAROLINA DEPARTMENT OF CORRECTION

STATE OF NORTH CAROLINA

MICHAEL F. EASLEY
GOVERNOR

FINESSE G. COUCH
EXECUTIVE DIRECTOR

INMATE GRIEVANCE RESOLUTION BOARD
P. O. Box 29540, Raleigh, NC 27626-0540

## Administrative Remedy Procedure

REV. CHARLES BULLOCK
CHAIRMAN

MEMBERS
LUCIEN CAPONE III
FRANCES L. DYER
JAMES C. JOHNSON
HILDAGENE REID

### Step Three

| | | | |
|---|---|---|---|
| 35. | Inmate Name: Bryson, Mills | 36. | GRB Grievance No.: 120684 |
| 37. | Inmate No.: 20477-11    0054080 | 38. | Unit Grievance No.:3730-02-4024 |
| 39. | Location:    Marion    3730 | 40. | Date Received: Mar. 13, 2002 |

41.    GRIEVANCE EXAMINER: Findings and Disposition Order.

    Mills Bryson filed this grievance on February 1, 2002 at
Marion Correctional Institution, saying the unit doctor had
submitted a request that he be seen by a skin doctor, but inmate
has not yet heard whether this has been approved.

    Staff responded that the nurse stated on December 14 the
doctor ordered a dermatology referral; it will be considered by
the Utilization Review Board, and if approved inmate will be
scheduled for an appointment.

    This examiner reviewed the grievance and responses thereto.
There is no indication of violation of inmate's rights or of
departmental or health policies in this matter.   Thus this
grievance is considered resolved by DOC staff.

42.  Date: March 18 2002

43.  BC Bennett
                                     _Inmate Grievance Examiner_

DISTRIBUTION:  Originals (DC-410, DC-410A, & DC-410B) to location of final action.

cc:  [  ] Unit Superintendent
     [  ] Area Administrator
     [  ] In-State Jail Command
     [  ] Out-of-State Command
     [  ] Private Substance Abuse Command

DC-410 (8/89)

## NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

1. Inmate Name: *Willis S. Bryson*    2. Inmate No.: *0054080*

3. Location: *MARION Correctional* 4. Date: *4-11-02*

5. Grievance Statement: *The North Carolina Department of Correction is indifference when it comes to my medical needs, and are denied me proper medical treatment to see an dermatologist, when a Dr. August here at MARION Correctional ordered an "Dermatology" Referral so I could get proper medical care to treat my problem. I have "not" been getting the right medical treatment I deserve, because the medication hasn't work or cured the problem in "9 months" I been taking it. State and Federal courts say North Carolina are "duty-bound" to provide the "right" medical treatment to inmates. So far North Carolina Department of Correction is indifference when it comes to my medical needs, has been denied me proper medical treatment to save money cause of the budget crisis. its is I I feel my rights have been violated.*

6. What remedy would resolve your grievance?: *To file a lawsuit — if I don't get the "right" medical treatment As soon as possible.*

7. Inmate Signature: _____

---

### OFFICIAL USE

8. Date received: *4/11/02*    9. *Sgt. Rymer*
                                      Receiving Officer Signature

10. ☐ This grievance is returned and can only be accepted when your current grievance completes step two.

11. Date delayed: ___/___/___    12. _____
                                        Screening Officer Signature

13. The grievance is rejected for the following reason(s): (Enter Code) _____

  A. State or Federal Court Decision      B. Parole Commission Decision      C. Appeals disciplinary action
  D. Action not yet taken                 E. Exceeds 1 year time limit         F. Remedy for another inmate
  G. More than one incident            H. ARP procedures not followed     I. Violates Disciplinary No. 38
  J. Beyond control of DOC

> If grievance is rejected, # 13, # 14, # 15, and # 16 are completed by the Screening Officer, a photocopy of grievance is forwarded to Superintendent for review, and the original grievance is returned to inmate.

14. Rejection Justification: _____

_____

_____

15. Date rejected: ___/___/___    16. _____
                                        Screening Officer Signature

17. Date accepted: *4/11/02*    18. _____
                                        Screening Officer Signature

19. Grievance No.

*4686*

Item #13, 15, or 17 to be completed within 3 calendar days of item #8.
Distribution: White to point of final disposition, Blue for Unit record; Green to inmate.

DC-410A (8/89)

# NORTH CAROLINA DEPARTMENT OF CORRECTION
## DIVISION OF PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

## Step One - Unit Response

20. Grievance No.: _____

22. Inmate No.: _____

21. Inmate Name: __Millis Bryson__

23. Grievance Response (Item #25 to be completed within 15 calendar days of date in item #17):

*[handwritten/faded response text, partially illegible]* ... Nurse Veins states that you were seen by Dr. Turpin on ... to demonstrate referral. If it is approved, you will then ...

*[illegible line]*

*[illegible] Unit Manager*

24. Date : __4-26-02__

26. (A)____ Agree with grievance response

27. Date: __4 - 26 - 02__

25. __Angela Smith__
Superintendent Signature

(B)__✓__ Appeal to Step Two (24-hour limit)

28. __Millis S. Bryson__
Inmate Signature

## Step Two - Area/Complex/Institution Response

29. Step two response (Item #31 to be completed within 20 calendar days of date in item #27):

Per Medical staff at Marion Correctional Institution, the UR request for a Dermatology Consult was denied on May 7, 2002.

No further action recommended.

30. Date : __May 15, 2002    Keith Osteen__

32. (A)____ Agree with grievance response

33. Date: __5-16-02__

31. _____
Administrator Signature

(B)__✓__ Appeal to Secretary, DOC (24-hour limit)

34. __Millis S. Bryson__
Inmate Signature

DISTRIBUTION: White to point of final disposition; Yellow to Area if appealed; Blue for Unit Record; Green to Inmate

# NORTH CAROLINA DEPARTMENT OF CORRECTION

| | | |
|---|---|---|
| *STATE OF NORTH CAROLINA* | INMATE GRIEVANCE RESOLUTION BOARD | REV. CHARLES BULLOCK |
| MICHAEL F. EASLEY | P.O. Box 29540, Raleigh, NC 27626-0540 | CHAIRMAN |
| GOVERNOR | | MEMBERS |
| | | LUCIEN CAPONE III |
| FINESSE G. COUCH | **Administrative Remedy Procedure** | FRANCES L. DYER |
| EXECUTIVE DIRECTOR | | JAMES C. JOHNSON |
| | | HILDAGENE REID |

### Step Three

| 35. Inmate Name: Bryson, Millis | 36. GRB Grievance No.: 123476 |
|---|---|
| 37. Inmate No.: 20477-11   - 0054080 | 38. Unit Grievance No.: 3730-02-4066 |
| 39. Location: Marion #3730 | 40. Date Received: 6/10/02 |

41. GRIEVANCE EXAMINER: Findings and Disposition Order.

Millis Bryson filed this grievance on 04/11/02 at Marion #3730 alleging ∎indifference∎ by NC DOC to his medical needs. Staff Administrator, Mr. Keith Osteen, responded that per Medical Staff at Marion CI, the UR Request for a Dermatology Consult was denied on May 7, 2002. Sign up for sick call if you have further medical concerns.

This Examiner has carefully reviewed this grievance and the DC-410A response by staff. From this review, I am convinced that staff has adequately addressed this inmate's grievance concern.

On this record, it appears that proper action has been taken by staff to resolve the problem grieved by this inmate. That being the case, this grievance is hereby considered resolved by DOC Staff.

42. Date: 6-12-02                    43. _____
                                           Inmate Grievance Examiner

DISTRIBUTION: Originals (DC-410, DC-410A, & DC-410B) to location of final action.

cc: [ ] Unit Superintendent
    [ ] Area Administrator
    [ ] In-State Jail Command
    [ ] Out-of-State Command
    [ ] Private Substance Abuse Command

FILED
2002 AUG 23 PM 2:50
N.C.

_Millis Bryson_
Plaintiff/Petitioner

V.

_Sue Medford, et Al._
Defendant/Respondent

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE
NUMBER: _1:02CV195-mu-1_
(leave this space blank)

I, _Millis S. Bryson_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑ Yes      ☐ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _MARION Correction Institution_

   Are you employed at the institution?     ☑ Yes     ☐ No
   Do you receive any payment from the institution?     ☑ Yes     ☐ No
   **Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.**

2. Are you currently employed?   ☐ Yes      ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☑ |
   | b. | Rent payments, interest or dividends | ☐ | ☑ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
   | d. | Disability or workers compensation payments | ☐ | ☑ |
   | e. | Gifts or inheritances | ☐ | ☑ |
   | f. | Any other sources | ☑ | ☐ |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. *I recieve money from my family in February for $500 dollars, And in the nearby future I will get another $500 dollers in my recount to last me for awhile, And when I recieve the money — I will pay for the filing fees.*

4. Do you have **any** cash or checking or savings ☑ Yes ☒ No

   If "Yes," state the total ___$20.52___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

**I declare under penalty of perjury that the above information is true and correct.**

___8·20·02___          _Mathis S. Bryson._
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CURR LOC : 3730  - MARION CI                    CURR.BAL : $    20.52
STATUS : A - ACTIVE   CANTEEN LMT : $20.52   PCT : 100%   SALES : $  0.00
HOLDS : $    0.00     DEBTS : $     0.00    SPENDABLE : $    0.00

| DATE RANGE | MONTHLY AVERAGE DEPOSITS | MONTHLY CURRENT BALANCES |
|------------|-------------------------|--------------------------|
| 02/21 - 03/22 | $    2.80 | $    418.24 |
| 03/23 - 04/21 | $    5.24 | $    295.97 |
| 04/22 - 05/21 | $   12.51 | $    251.75 |
| 05/22 - 06/20 | $    3.73 | $    187.58 |
| 06/21 - 07/20 | $    1.40 | $     99.37 |
| 07/21 - 08/19 | $    1.40 | $     20.52 |

AVERAGE OVER 6 MONTHS   DEPOSITS : $    4.51
                        BALANCES : $  210.57

        CALCULATED INITIAL PAYMENT : $   42.11

ACCT. NAME: BRYSON, MILLS S.          ACCT#: 0054080
BED: DU4S-012          TYPE: INMATE

ENDING BALANCE 07/31/02 $   50.76  INCLUDES CANTEEN LIMIT OF $20.52

| DATE | BATCH NBR. | TYPE | REFERENCE NUMBER | FACL | +/- | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|
| 07/31/02 | 030 | CASHLS CANTEEN-I | 2002-07-31 | 3730 | - $ | 2.25 | $ 50.76 |
| 07/28/02 | 009 | CASHLS CANTEEN-I | 2002-07-28 | 3730 | - $ | 19.64 | $ 53.01 |
| 07/23/02 | 001 | IJP PAYROLL | 20020727IC01 | 3730 | + $ | 1.40 | $ 72.65 |
| 07/25/02 | 035 | CASHLS CANTEEN-I | 2002-07-25 | 3730 | - $ | 3.34 | $ 71.25 |
| 07/24/02 | 023 | CASHLS CANTEEN-I | 2002-07-24 | 3730 | - $ | 4.57 | $ 74.59 |
| 07/23/02 | 019 | CASHLS CANTEEN-I | 2002-07-23 | 3730 | - $ | 12.38 | $ 79.16 |
| 07/21/02 | 009 | CASHLS CANTEEN-I | 2002-07-21 | 3730 | - $ | 2.98 | $ 91.54 |
| 07/21/02 | 009 | CASHLS CANTEEN-I | 2002-07-19 | 3730 | - $ | 6.25 | $ 94.52 |
| 07/21/02 | 001 | IJP PAYROLL | 20020720IC01 | 3730 | + $ | 1.40 | $ 100.77 |
| 07/18/02 | 027 | CASHLS CANTEEN-I | 2002-07-18 | 3730 | - $ | 2.98 | $ 99.37 |
| 07/17/02 | 033 | CASHLS CANTEEN-I | 2002-07-17 | 3730 | - $ | 1.63 | $ 102.35 |
| 07/16/02 | 023 | CASHLS CANTEEN-I | 2002-07-16 | 3730 | - $ | 6.57 | $ 103.98 |
| 07/14/02 | 010 | CASHLS CANTEEN-I | 2002-07-14 | 3730 | - $ | 3.97 | $ 110.55 |
| 07/14/02 | 010 | CASHLS CANTEEN-I | 2002-07-13 | 3730 | - $ | 3.42 | $ 114.52 |
| 07/14/02 | 010 | CASHLS CANTEEN-I | 2002-07-12 | 3730 | - $ | 9.85 | $ 117.94 |
| 07/14/02 | 001 | IJP PAYROLL | 20020713IC01 | 3730 | + $ | 1.40 | $ 127.79 |
| 07/10/02 | 028 | CASHLS CANTEEN-I | 2002-07-10 | 3730 | - $ | 6.19 | $ 126.39 |
| 07/09/02 | 028 | CASHLS CANTEEN-I | 2002-07-09 | 3730 | - $ | 6.50 | $ 132.58 |
| 07/07/02 | 009 | CASHLS CANTEEN-I | 2002-07-06 | 3730 | - $ | 2.81 | $ 139.08 |
| 07/07/02 | 001 | IJP PAYROLL | 20020706IC01 | 3730 | + $ | 1.40 | $ 141.89 |
| 07/04/02 | 004 | CASHLS CANTEEN-I | 2002-07-03 | 3730 | - $ | 4.39 | $ 140.49 |
| 07/03/02 | 002 | CASHLS CANTEEN-I | 2002-07-02 | 3730 | - $ | 4.00 | $ 144.88 |
| 07/01/02 | 059 | CASHLS CANTEEN-I | 2002-07-01 | 3730 | - $ | 28.71 | $ 148.88 |
| 06/26/02 | 030 | CASHLS CANTEEN-I | 2002-06-26 | 3730 | - $ | 5.57 | $ 177.59 |
| 06/24/02 | 041 | CASHLS CANTEEN-I | 2002-06-24 | 3730 | - $ | 4.42 | $ 183.16 |
| 06/12/02 | 031 | CASHLS CANTEEN-I | 2002-06-12 | 3730 | - $ | 4.88 | $ 187.58 |
| 06/09/02 | 011 | CASHLS CANTEEN-I | 2002-06-07 | 3730 | - $ | 4.06 | $ 192.46 |
| 06/09/02 | 001 | IJP PAYROLL | 20020608IC01 | 3730 | + $ | 1.40 | $ 196.52 |
| 06/06/02 | 016 | ADMIN. FEE WTH | 0606021059A | 3730 | - $ | 10.00 | $ 195.12 |
| 06/06/02 | 014 | ADMIN. FEE WTH | 0606021056A | 3730 | - $ | 10.00 | $ 205.12 |
| 06/05/02 | 016 | CASHLS CANTEEN-I | 2002-06-05 | 3730 | - $ | 2.27 | $ 215.12 |
| 06/02/02 | 014 | CASHLS CANTEEN-I | 2002-06-02 | 3730 | - $ | 10.60 | $ 217.39 |
| 06/02/02 | 009 | CASHLS CANTEEN-I | 2002-05-31 | 3730 | - $ | 8.89 | $ 227.99 |
| 06/02/02 | 001 | IJP PAYROLL | 20020601IC01 | 3730 | - $ | 4.90 | $ 236.88 |
| 05/27/02 | 004 | CASHLS CANTEEN-I | 2002-05-26 | 3730 | - $ | 6.61 | $ 231.98 |
| 05/27/02 | 004 | CASHLS CANTEEN-I | 2002-05-25 | 3730 | - $ | 12.07 | $ 238.59 |
| 05/26/02 | 001 | IJP PAYROLL | 20020525IC01 | 3730 | + $ | 4.90 | $ 250.66 |
| 05/23/02 | 031 | CASHLS CANTEEN-I | 2002-05-23 | 3730 | - $ | 5.99 | $ 245.76 |
| 05/19/02 | 009 | CASHLS CANTEEN-I | 2002-05-19 | 3730 | - $ | 6.50 | $ 251.75 |
| 05/19/02 | 009 | CASHLS CANTEEN-I | 2002-05-18 | 3730 | - $ | 9.16 | $ 258.25 |
| 05/19/02 | 001 | IJP PAYROLL | 20020518IC01 | 3730 | + $ | 4.90 | $ 267.41 |
| 05/13/02 | 036 | CASHLS CANTEEN-I | 2002-05-13 | 3730 | - $ | 9.04 | $ 262.51 |
| 05/12/02 | 009 | CASHLS CANTEEN-I | 2002-05-12 | 3730 | - $ | 10.97 | $ 271.55 |
| 05/12/02 | 009 | CASHLS CANTEEN-I | 2002-05-11 | 3730 | - $ | 9.62 | $ 282.52 |
| 05/12/02 | 001 | IJP PAYROLL | 20020511IC01 | 3730 | + $ | 4.30 | $ 292.14 |
| 05/06/02 | 015 | MONEY ORDER DEP. | 03894817228 | 3730 | + $ | 40.00 | $ 287.84 |
| 05/05/02 | 001 | IJP PAYROLL | 20020504IC01 | 3730 | + $ | 2.60 | $ 247.84 |

ACCT. NAME: BRYSON, MILLS S.                              ACCT#: 0054080
       BED: D04S-012                                       TYPE: INMATE

       ENDING BALANCE 07/31/02  $   50.76  INCLUDES CANTEEN LIMIT OF $20.52

| DATE | BATCH NBR. | TYPE | REFERENCE NUMBER | FACL | +/- | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|
| 05/02/02 | 024 | CASHLS CANTEEN-I | 2002-05-02 | 3730 | - $ | 14.91 | $ 245.04 |
| 05/01/02 | 028 | CASHLS CANTEEN-I | 2002-05-01 | 3730 | - $ | 9.45 | $ 259.95 |
| 04/30/02 | 022 | CASHLS CANTEEN-I | 2002-04-30 | 3730 | - $ | 8.45 | $ 269.40 |
| 04/29/02 | 040 | CASHLS CANTEEN-I | 2002-04-29 | 3730 | - $ | 4.49 | $ 277.85 |
| 04/29/02 | 025 | MONEY ORDER DEP. | 90518774422 | 3730 | - $ | 30.00 | $ 282.34 |
| 04/28/02 | 015 | CASHLS CANTEEN-I | 2002-04-28 | 3730 | - $ | 8.04 | $ 252.34 |
| 04/28/02 | 015 | CASHLS CANTEEN-I | 2002-04-27 | 3730 | - $ | 4.90 | $ 260.38 |
| 04/29/02 | 001 | IJP PAYROLL | 20020427IC01 | 3730 | + $ | 2.80 | $ 265.28 |
| 04/25/02 | 023 | CASHLS CANTEEN-I | 2002-04-25 | 3730 | - $ | 8.71 | $ 262.48 |
| 04/24/02 | 022 | CASHLS CANTEEN-I | 2002-04-24 | 3730 | - $ | 8.88 | $ 271.19 |
| 04/23/02 | 022 | CASHLS CANTEEN-I | 2002-04-23 | 3730 | - $ | 8.70 | $ 280.07 |
| 04/22/02 | 003 | IJP PAYROLL | 20020420IC01 | 3730 | - $ | 2.80 | $ 288.77 |
| 04/16/02 | 040 | CASHLS CANTEEN-I | 2002-04-16 | 3730 | - $ | 39.93 | $ 285.97 |
| 04/14/02 | 009 | CASHLS CANTEEN-I | 2002-04-14 | 3730 | - $ | 33.91 | $ 325.90 |
| 04/14/02 | 009 | CASHLS CANTEEN-I | 2002-04-12 | 3730 | - $ | 3.24 | $ 359.81 |
| 04/14/02 | 001 | IJP PAYROLL | 20020413IC01 | 3730 | + $ | 2.80 | $ 363.05 |
| 04/07/02 | 007 | CASHLS CANTEEN-I | 2002-04-07 | 3730 | - $ | 4.15 | $ 360.25 |
| 04/07/02 | 007 | CASHLS CANTEEN-I | 2002-04-06 | 3730 | - $ | 5.52 | $ 364.40 |
| 04/07/02 | 007 | CASHLS CANTEEN-I | 2002-04-05 | 3730 | - $ | 10.25 | $ 369.92 |
| 04/07/02 | 001 | IJP PAYROLL | 20020406IC01 | 3730 | + $ | 2.80 | $ 380.17 |
| 04/04/02 | 050 | CASHLS CANTEEN-I | 2002-04-04 | 3730 | - $ | 10.54 | $ 377.37 |
| 04/04/02 | 004 | MONEY ORDER DEP. | 90521348038 | 3730 | + $ | 15.00 | $ 387.91 |
| 04/03/02 | 016 | CASHLS CANTEEN-I | 2002-04-03 | 3730 | - $ | 9.45 | $ 372.91 |
| 03/31/02 | 010 | CASHLS CANTEEN-I | 2002-03-31 | 3730 | - $ | 1.98 | $ 382.36 |
| 03/31/02 | 010 | CASHLS CANTEEN-I | 2002-03-30 | 3730 | - $ | 3.32 | $ 384.34 |
| 03/31/02 | 010 | CASHLS CANTEEN-I | 2002-03-29 | 3730 | - $ | 11.26 | $ 387.66 |
| 03/31/02 | 010 | CASHLS CANTEEN-I | 2002-03-28 | 3730 | - $ | 17.20 | $ 398.92 |
| 03/31/02 | 001 | IJP PAYROLL | 20020330IC01 | 3730 | + $ | 2.80 | $ 416.12 |
| 03/27/02 | 026 | CASHLS CANTEEN-I | 2002-03-27 | 3730 | - $ | 2.58 | $ 413.32 |
| 03/26/02 | 032 | CASHLS CANTEEN-I | 2002-03-26 | 3730 | - $ | 3.51 | $ 415.90 |
| 03/25/02 | 002 | CASHLS CANTEEN-I | 2002-03-23 | 3730 | - $ | 1.63 | $ 419.41 |
| 03/24/02 | 001 | IJP PAYROLL | 20020323IC01 | 3730 | - $ | 2.80 | $ 421.04 |
| 03/21/02 | 026 | CASHLS CANTEEN-I | 2002-03-21 | 3730 | - $ | 4.35 | $ 418.24 |
| 03/19/02 | 032 | CASHLS CANTEEN-I | 2002-03-19 | 3730 | - $ | 4.11 | $ 422.59 |
| 03/19/02 | 041 | CASHLS CANTEEN-I | 2002-03-18 | 3730 | - $ | 29.83 | $ 426.70 |
| 03/17/02 | 001 | IJP PAYROLL | 20020316IC01 | 3730 | + $ | 2.80 | $ 456.53 |
| 03/12/02 | 032 | CASHLS CANTEEN-I | 2002-03-12 | 3730 | - $ | 37.20 | $ 453.73 |
| 03/12/02 | 020 | SPECIAL DRAW CHK | 373007383 | 3730 | - $ | 9.97 | $ 490.93 |
| 03/11/02 | 024 | CASHLS CANTEEN-I | 2002-03-11 | 3730 | - $ | 2.04 | $ 500.90 |
| 03/10/02 | 001 | IJP PAYROLL | 20020309IC01 | 3730 | - $ | 2.80 | $ 502.94 |
| 03/04/02 | 032 | CASHLS CANTEEN-I | 2002-03-04 | 3730 | - $ | 2.93 | $ 500.14 |
| 03/03/02 | 001 | IJP PAYROLL | 20020302IC01 | 3730 | + $ | 2.80 | $ 503.07 |
| 02/25/02 | 039 | CASHLS CANTEEN-I | 2002-02-25 | 3730 | - $ | 3.72 | $ 500.27 |
| 02/24/02 | 008 | CASHLS CANTEEN-I | 2002-02-23 | 3730 | - $ | 2.12 | $ 503.99 |
| 02/24/02 | 001 | IJP PAYROLL | 20020223IC01 | 3730 | + $ | 2.80 | $ 506.11 |
| 02/20/02 | 026 | CASHLS CANTEEN-I | 2002-02-20 | 3730 | - $ | 5.35 | $ 503.31 |
| 02/19/02 | 031 | CASHLS CANTEEN-I | 2002-02-19 | 3730 | - $ | 2.09 | $ 508.66 |

```
                    NORTH CAROLINA DEPARTMENT OF CORRECTION     08/20/02
IESR140 (60)           TRUST FUND ACCOUNT STATEMENT             08:46:26
                    FACILITY: 3730  - MARION CI                 PAGE   3
                         FOR: 02/01/02 - 07/31/02
```

```
  ACCT. NAME: BRYSON, MILLS S.                      ACCT#: 0054080
           BED: DC4S-012                            TYPE: INMATE

       ENDING BALANCE 07/31/02  $   50.76  INCLUDES CANTEEN LIMIT OF $20.52

        BATCH                    REFERENCE
   DATE   NBR.     TYPE           NUMBER   FACL  +/-  AMOUNT       BALANCE
   ----   ----     ----           ------   ----  ---  ------       -------
 02/18/02 002 MONEY ORDER DEP. 7579947701  3730  + $  500.00  $    510.75
 02/17/02 013 CASHLS CANTEEN-I 2002-02-17  3730  - $    2.00  $     10.75
 02/17/02 013 CASHLS CANTEEN-I 2002-02-15  3730  - $    3.80  $     12.75
 02/17/02 001 IJP PAYROLL      20020216IC01 3730 + $    2.80  $     16.55
 02/12/02 030 CASHLS CANTEEN-I 2002-02-12  3730  - $    7.11  $     13.75
 02/10/02 001 IJP PAYROLL      20020209IC01 3730 + $    2.80  $     20.86
 02/07/02 023 CASHLS CANTEEN-I 2002-02-07  3730  - $    1.92  $     18.06
 02/05/02 023 CASHLS CANTEEN-I 2002-02-05  3730  - $    3.13  $     19.98
 02/04/02 038 CASHLS CANTEEN-I 2002-02-04  3730  - $    1.26  $     23.11
 02/03/02 008 CASHLS CANTEEN-I 2002-02-02  3730  - $    5.15  $     24.37
 02/03/02 001 IJP PAYROLL      20020202IC01 3730 + $    2.80  $     29.52

                          BEGINNING BALANCE 02/01/02  $    26.72
```